UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | 09 CV 7062 |
| LISCHING CONSTRUCTION COMPANY, INC., | ) ) ) | Judge Kendall |
| Defendant. | ) ) | |

**MOTION TO PROVE UP**
**DAMAGES AND FOR FINAL JUDGMENT**

Plaintiffs, the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, ET AL. (collectively "Trust Funds"), by their attorney Kevin P. McJessy, hereby move this Court pursuant to prove up damages and for final judgment against LISCHING CONSTRUCTION COMPANY, INC., an Illinois corporation ("Defendant"). In support of their motion, Trust Funds state as follows:

1. The Defendant was defaulted by this Court on October 18, 2010. *See* Exhibit A, Court Order dated October 18, 2010.

2. Trust Funds hereby submits this petition to prove up damages and for entry of final judgment against Defendant.

3. The amount owed by Defendant is $192,121.06 as follows:

   A. $132,101.50 in unpaid contributions pursuant to the audit; *see* Decl. of J. Libby, ¶5, Exhibit B;

   B. $2,495.75 for auditor's fees incurred by the Trust Funds to complete the audit of Defendant's books and records; *see* Decl. of J. Libby, ¶6, Exhibit B; Decl. of C. Kogut, ¶2, Exhibit C;

C.	$23,840.18 in interest under ERISA on the amount that is due; *see* 29 U.S.C. § 1132(g)(2)(B); 29 U.S.C. § 1132(g)(2)(C); Decl. of J. Libby, ¶7, Exhibit B;

D.	$26,420.30 in liquidated damages; *see* Decl. of J. Libby, ¶7, Exhibit B; and

E.	$7,263.33 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D); *see* McJessy Decl., ¶4, Exhibit D.

A draft order is attached as Exhibit E.

WHEREFORE, Plaintiffs the Chicago Regional Council of Carpenters' Fund et al. hereby move this Court to enter judgment in their favor and against Defendant LISCHING CONSTRUCTION COMPANY, INC., in the amount of $192,121.06 as follows:

A.	$132,101.50 in unpaid contributions pursuant to the audit;

B.	$2,495.75 for auditor's fees of incurred by the Trust Funds to complete the audit of Defendants' books and records;

C.	$23,840.18 in interest under ERISA on the amount that is due;

D.	$26,420.30 in liquidated damages;

E.	$7,263.33 in reasonable attorneys' fees and costs the Trust Funds incurred in this action pursuant to 29 U.S.C. § 1132(g)(1) and/or § 1132(g)(2)(D);

F.	reasonable attorney' fees and costs incurred by the Trust Funds in enforcing this order; and

G.	such other relief as this Court deems appropriate.

CHICAGO REGIONAL COUNCIL OF CARPENTERS
PENSION FUND et al.

By:  s/ Kevin P. McJessy
One of their attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@MCandT.com

# CERTIFICATE OF SERVICE

I, Kevin P. McJessy, an attorney, certify that I caused the foregoing **Plaintiffs' Motion to Prove Up Damages and for Final Judgment**
be served upon

    Lisching Construction Company, Inc.
    c/o Russell Stewart, Registered Agent
    805 W. Touhy Ave.
    Park Ridge, IL 60068

via the Court's CM/ECF filing system on October 26, 2010

    AND TO

    Michael W. Lisching, President
    Lisching Construction Company, Inc.
    PO Box 180
    Winfield, IL 60190

    Michael Lisching, President
    Lisching Construction Co.
    191 Half Moon Bay Ct.
    Romeoville, IL 60446

via U.S. Mail, postage prepaid, deposited in the United States Mail Depository located at 3759 N. Ravenswood, Chicago, Illinois on this 26th day of October 2010.

                                                             s/ Kevin P. McJessy
                                                             Kevin P. McJessy